974

No. 77–5586. Harrell v. McCarthy, Men's Colony Superintendent. C. A. 9th Cir. Certiorari denied.

No. 77–5588. Price v. Foltz, Warden. C. A. 6th Cir. Certiorari denied.

No. 77–5596. Tramble v. Arizona. Ct. App. Ariz. Certiorari denied.

No. 77–5597. Cognato v. Ciccone, Medical Center Director. C. A. 8th Cir. Certiorari denied.

No. 77–5603. Gamble v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 77–5606. York v. United States. C. A. 7th Cir. Certiorari denied.

No. 77–5609. Bear Ribs v. United States. C. A. 8th Cir. Certiorari denied.

No. 77–5611. Manduchi v. Schlager, Warden, et al. C. A. 3d Cir. Certiorari denied.

No. 77–5618. Baloun v. United States. C. A. 9th Cir. Certiorari denied.

No. 77–5630. Foster v. United States. C. A. 2d Cir. Certiorari denied.

No. 77–5632. Haynes v. United States. C. A. 8th Cir. Certiorari denied.

No. 77–5635. Llamas v. United States. C. A. 9th Cir. Certiorari denied.

No. 77–5636. Avalos-Ochoa v. United States. C. A. 9th Cir. Certiorari denied.